**STATE of Missouri, Respondent,**

v.

**Tony C. GRUBBS, Appellant.**

**Tony C. GRUBBS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 41688, WD 42761.**

Missouri Court of Appeals,
Western District.

Aug. 7, 1990.

Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals from conviction of stealing under section 570.030, RSMo 1986. This appeal is consolidated with appeal

from denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

The judgment of conviction is affirmed. Rule 30.25(b).

The denial of post-conviction relief is affirmed. Rule 84.16(b).